# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 21 EM 2023
EX REL. JAMES A. PALUCH JR., :
:
          Petitioner :
:
:
        v. :
:
:
JOHN WETZEL, ZACHARY MOSLAK, :
MARK CAPOZZA, DSFM TREMPUS, :
MAJOR MANKEY, SGT. KOPKO, JOHN :
DOE EICHER, CAPTAIN A. JONES, CHCA :
WOOD, :
:
         Respondents :

## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of June, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.